240 So.2d 233

STATE of Louisiana ex rel. Raymond
B. LOVE

v.

C. Murray HENDERSON, Warden, Louisiana
State Penitentiary, et al.

No. 50891.

Oct. 23, 1970.

Application denied. Applicant has falsified his application by representing that he has applied to the District Court and advice from the Clerk of Court shows that he did not.

240 So.2d 233

STATE of Louisiana ex rel. Leonard
C. BREAUX

v.

C. Murray HENDERSON, Warden, Louisiana
State Penitentiary, et al.

No. 50904.

Oct. 23, 1970.

Writ refused. The showing made does not warrant the exercise of our original or supervisory jurisdiction.

BARHAM, Justice, is of the opinion that an evidentiary hearing should be ordered held by the district court. The basic complaint is denial of right to appeal and is not negated on the face of the record. See State ex rel. Myers v. Henderson, 256 La. 784, 239 So.2d 170, where we ordered a hearing under facts not distinguishable from these.